NUMBER 13-09-00291-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE: DURA AUTOMOTIVE SYSTEMS, INC. AND


DURA AUTOMOTIVE SYSTEMS, INC. D/B/A 


HANNIBAL CABLE OPERATIONS






On Petition for Writ of Mandamus, 


Emergency Motion for Immediate Temporary Relief, and


Motion for Instruction to Trial Court.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Per Curiam Memorandum Opinion (1)



 Relators, Dura Automotive Systems, Inc. and Dura Automotive Systems, Inc. d/b/a
Hannibal Cable Operations, filed a petition for writ of mandamus, an emergency motion for
immediate temporary relief, and a "motion for instruction to trial court to reduce its ruling
to a signed and dated order," in the above cause on June 1, 2009. On June 2, 2009, the
real parties in interest filed a response to relators' emergency motion for temporary relief.

 The Court, having examined and fully considered the petition for writ of mandamus,
the accompanying motions, and the real parties' response to the motion for immediate
temporary relief, is of the opinion that relators have not shown themselves entitled to the
relief sought. Accordingly, the petition for writ of mandamus and the aforementioned
motions are DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 2nd day of June, 2009.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).